NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN (Cal. Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4242
     Facsimile:  (213) 894-3713
     E-mail:     christopher.brunwin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-688(A)-DSF-25 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING DATE FOR DEFENDANT JESSICA FRAUSTO |
| v. | |
| JESSICA FRAUSTO, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The sentencing date for defendant Jessica Frausto in the above-captioned case is continued to 8:30 a.m. on May 21, 2018.

2.   The parties will file their Sentencings Position by April 30, 2018.

3.   By no later than May 7, 2018, each party shall file any response it has to the other's sentencing pleading.  By no later than May 14, 2018, the United States Probation Office shall prepare and provide to the parties and the Court the final presentence

report together with an addendum addressing any objections to the presentence report and the parties' sentencing positions.

_____            _____
Date                                       THE HONORABLE DALE S. FISCHER
                                           UNITED STATES DISTRICT JUDGE

Presented by:

   /s/*Christopher Brunwin*
CHRISTOPHER BRUNWIN
Assistant United States Attorney