NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN (Cal. Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4242
     Facsimile: (213) 894-3713
     E-mail:   Christopher.brunwin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 15-688(A)-DSF-25 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | |
| JESSICA FRAUSTO, et al., | Proposed Sentencing Date: October 29, 2018 |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant Jessica Frausto, both individually and by and through his counsel of record, hereby stipulate that the sentencing date in this matter, which is currently set for May 21, 2018, should be continued to October 29, 2018.  The parties seek to evaluate and submit additional materials in support of the recommendation for sentencing in this matter.  The parties will

1  submit their sentencing positions on or before September 21, 2018,
2  and any replies will be submitted on or before October 5, 2018.
3       IT IS SO STIPULATED.
4  Dated: May 11, 2018                Respectfully submitted,

                                      NICOLA T. HANNA
                                      United States Attorney

                                      LAWRENCE S. MIDDLETON
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                         /s/*Christopher Brunwin*
                                      CHRISTOPHER BRUNWIN
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA


                                         /s/*Walter Urban*
                                      WALTER URBAN

                                      Attorney for Defendant
                                      JESSICA FRAUSTO