# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 15-00688 DSF-25 | Date October 29, 2018 |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Renee Fisher | Pat Cuneo | Justin R. Rhoades |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 25) Jessica Frausto | √ | | √ | 25) Walter R. Urban | √ | | √ |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances. Elizabeth Brassell, U.S. Pretrial Officer, is also present.

Court and counsel confer as stated in court and on the record.

Defendant is remanded. Remand #13360.

IT IS SO ORDERED.