WALTER R. URBAN Esq.  [STATE BAR No.: 63059]
LAW OFFICES OF WALTER R. URBAN
2609 NORTH SEPULVEDA BOULEVARD.
MANHATTAN BEACH, CALIFORNIA 90266
TEL: 310-546-4899
FAX: 310-545-7078
E-MAIL: walter@walterurbanlaw.com

ATTORNEY FOR DEFENDANT:
JESSICA FRAUSTO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　　vs.<br><br>JESSICA FRAUSTO ,<br><br>　　　　　Defendant. | Case No.: CR 15-00688-25-DSF<br><br>**ORDER TO CONTINUE SENTENCING**<br><br>Honorable Dale S. Fischer |

　　GOOD CAUSE HAVING BEEN SHOWN BY STIPULATION OF PARTIES, it is so ordered that the currently scheduled for June 17, 2019 hearing at 8:30 a.m. be continued to July 15, 2019 at 8:30 a.m.

　　No further continuances.

　　IT IS SO ORDERED.

DATED:  June 13, 2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE