

Maricela Frausto
1023 W M Street
Wilmington, CA 90744

June 22, 2019

Honorable Dale S. Fischer
First Street Courthouse
350 West 1st Street, Courtroom 7D
Los Angeles, CA 90012

Dear Honorable Judge Dale S. Fischer,

My name is Maricela Frausto. I am Jessica Frausto's mother and would like to let you know about Jessica's positive attributes.

Jessica is the third born out of my five children. She is a loving person with all who know her. Jessica is a very giving person who loves to help others who are in need, whether she directly knows them or not. She likes to share and seeks help for those she knows are in need. For example, there have been situations where she has found out about families struggling to provide clothing for their children. Upon hearing about the family's problem, she asked for details such as the size of clothing needed. Jessica began reaching out to people by use of social media and other forms of communication to ask others to donate clothes.

Jessica is not only like this with strangers but also with family. She also has helped to provide for her nice and nephews when their parents have struggled to do so themselves. People are important to Jessica, especially family. She enjoys spending time with her loved ones and seeks ways to spend quality time with them. One way she loves to bring family and friends together is, without a special occasion, cooking large meals for friends and family to enjoy and share laughs while gathered at the table.

She has been a good, loving, and respectful daughter. As a single mother who does not receive any financial support from her son's father, she has been a very responsible mother to my grandson Jonathan. She has always sought a way to provide for her son. In addition, she has been very supportive of her son especially in his education. Jessica always made sure she attended parent conferences and school functions for her son. She made sure to give her son the academic support he needed in an effort to help him be a good student.

Even in her current situation, Jessica has done her best to continue to demonstrate to her children that she remains present in their lives and that their wellbeing and future is her priority. She calls every single day to speak to her son and ask for her children. She even asks little things such as what the baby is wearing in order to ensure that her little one is comfortable. We, her teenage son Jonathan, and infant

son Isaiah, go every week to visit Jessica. While we are there, she takes advantage of the time she has to breast feed her baby and bond with him.

I know that the worst punishment for Jessica is being away from her children. My new grandson, Isaiah is only five weeks old. He is under my care, but that baby needs his mother. Although I am doing my best to care for my grandchildren, I am concerned for their well-being and what the may hold. I am 68 years old with diabetes, high cholesterol and high blood pressure. I worry about what may happen to my grandchildren if one day they are without me and in the absence of their mother.

I know my daughter Jessica made a mistake but we are human and we can learn from our mistakes. I truly believe my daughter has learned from her mistake. Prior to being incarcerated Jessica was regularly attending church. Every Sunday she attended our church meetings where they teach us to become better people, because getting closer to God is good and helps us reflect on our actions. Now that she is under custody, she continues to attend bible studies every week.

Your honorable Judge Fisher, I ask for leniency for Jessica. I know she is remorseful for her actions. I am confident that she will not reoffend and will be a valuable member to society.

We really appreciate your time to read this letter.

Sincerely,

*Maricela Frausto*
Maricela Frausto



Javier Frausto
1023 W M Street
Wilmington, CA 90744

July 2, 2019

Honorable Judge Dale S. Fischer
First Street Courthouse
350 West 1st Street, Courtroom 7D
Los Angeles, CA 90012

Dear Honorable Judge Dale S. Fischer,

My name is Javier Frausto. I am Jessica Frausto's father. Jessica was born in our home, and I assisted my wife with the delivery of our daughter. From the moment she was born, Jessica has been very special to me.

We have always had a good relationship and share a strong and very special father daughter bond. We have always taken care of one another. Jessica and I have always maintained good communication and would often spend time together, almost on a daily basis. We found joy in keeping each other company while doing little things, such as grocery shopping or chopping fruit for snacks. When she prepared meals for the family, I would keep her company and we would joke around as she moved about the kitchen. I would also often help her prepare sandwiches for the homeless. Jessica was always in the kitchen, but rarely was it to prepare anything for herself. My daughter is very giving and has a good heart. She finds joy in helping others and has often said, "there is more happiness in giving than in receiving." Our family has lived in the same home for 42 years and many people know us because of her. People in the community know her because of her loving and giving heart. Our neighbors especially care for her greatly.

Seeing how Jessica is as a mother has also made me very proud and filled me with joy. She has been very responsible in taking care of her eldest son, Jonathan. She always looked out for him and made sure he was respectful and responsible. Jonathan is now a teenager and continues to need his mother. They too have formed a very strong bond and their separation has also greatly impacted them both. Jessica now has an infant son who we, my wife and I, are caring for. Although Jessica is unable to be with him, she does whatever possible to make sure he is being taken care of properly. She calls on a daily basis to speak to Jonathan and also to ask about her baby, Isaiah. We go see Jessica now that she is in custody. However, the number of people allowed in is limited. Therefore, my wife and I take turns in taking Jonathan and Isaiah.

I miss my daughter very much and would like to continue having strong and loving relationship with my daughter, while creating memorable moments with her and my grandsons. I am already 70 years old and that concerns me because of my grandchildren who are in my care. Jessica wishes she could care for her children and be with them. I am aware that she made mistakes in her life and I am sure that being away from her children has taught her a very valuable lesson. I know my daughter is remorseful for her wrong doing.

Your Honor, I ask for leniency for my daughter, Jessica Frausto. I really appreciate you time. Please contact me if you have any questions. (310) 483-8739.

Respectfully,

*Javier Frausto*

Javier Frausto



Jonathan Soria
1023 W M Street
Wilmington, CA 90744

July 5, 2019

Honorable Dale S. Fischer
First Street Courthouse
350 West 1st Street, Courtroom 7D
Los Angeles, CA 90012

Dear Honorable Judge Dale S. Fischer,

My name is Jonathan Soria. I am seventeen years old and a senior in high school. I am writing this letter as a character witness for my mother, Jessica Frausto. My mother is my number one supporter. She is the person who has always been there for me, and I cannot picture my life without her. She has always taught me right from wrong, and encouraged me to do well in everything I do. In all aspects in life, health, academic, social and emotional, my mother has always made sure that my needs are met in an effort to ensure my well being.

Ever since I can remember, my mother has always taken care of me and made sure that I attended all my medical and dental appointments. Making sure that I am in good health has always been a priority for her. I acknowledge and appreciate how she puts my health before hers. My mother delivered my baby brother on May 11, 2019 and he is six weeks old and lives with my grandmother and me. Now realizing how much time and effort it takes to take care of a baby I appreciate my mother even more now than ever and realize how much my baby brother needs his mother as much as I do.

When it comes to school, my mother has made it very clear that an education is something that is very important and necessary in order to live a successful life. She has always encouraged me to take school seriously and give it my all. My mother has frequently advised me to make better choices than the ones she and my father have made. It is evident that she wants me to have a different outcome in life than the one she has had. She has often told me things such as: "Don't do what your dad and I did. Don't mess up", "Do well because your future depends on it. Take advantage of the education you are given, don't take it for granted", "When you have good grades, you get good things", "Aim high and you'll be rewarded." All her words of encouragement inspired me try my best to do well in school.

My mother has demonstrated to me, not only through her words but also through her actions, that school is very important. She has always been involved and active in my education. I cannot recall my mother ever missing any of my school events or parent teacher conferences. In school, I have taken part in Students Run L.A. (SRLA),

basketball, and baseball. For all those events and games, my mother was always present. Regardless of my performance, she always encouraged me to keep going. She is a person who has never let me down and always tried to motivate me. I can recall one 5k event of SRLA where she was present. In an effort to keep me motivated, encourage and support me, she showed up to the event, decided to participate at mid point, and began running along side me.

Take care of me, always makes me food. Makes sure I am properly fed by making full course meals, not only for myself, but also for the whole family. My grandparents and all my 6 cousins.

Always makes sure I have my basic necessities, such as hygene products.

Respectfully,

*Jonathan Soria*

Jonathan Soria

Teresa Garcia
902 W Denni Street
Wilmington, CA 90744
(310)720-4658



July 3, 2019

Honorable Judge Dale S. Fischer
First Street Courthouse
350 West 1st Street, Courtroom 7D
Los Angeles, CA 90012

Dear Honorable Judge Dale S. Fischer,

My name is Teresa Garcia, M.A. Ed., an education specialist of the Los Angeles Unified School District. I am writing this letter a a character witness for Jessica Frausto. Jessica Frausto is a lifelong friend of mine. Our parents have been neighbors for over thirty-five years, and our families established a friendship long before she and I were born. Jessica and I have been close friends since childhood. She is someone whom I consider more like a sister rather than a friend. Having known her since infancy, I believe I know her far better than many other people. Ever since I can remember, I have known Jessica Fraustro to be dedicated to her family, friends, and community.

I can account, not only through personal experience but also from observations, that Jessica is a true and loyal friend. She is a person who constantly shows support and kindness through her actions. In every stage of my life, Jessica has always been there to help me in any which way she could. In our childhood and adolescent years I recall her comforting and advising me when I faced difficult situations with family members. When I was a teenager and began working, she often found me rides to work or would take me lunch. When I was pregnant and put on bed-rest, Jessica made sure that I followed doctor's orders and helped me tend to my home. And when I had to unexpectedly be induced, Jessica made sure to see that my husband, baby, and I came home to a clean and welcoming home. As my children grew up, Jessica made sure to always speak to them about me in a positive manner and pointed out to them the importance of their education. When I was in graduate school, Jessica knew the sacrifices I was making for my family and how difficult it was for me to fulfill my obligations due to a packed schedule. She offered to help me by cooking for my family, maintain my home, and occasionally surprised me with flowers as a form of support and in an effort to relieve my stress. She did these things out of the kindness of her heart. I know her intentions were to keep me motivated and support me so that I could attain my goals. Jessica and I are like sister and I know she did these things out of love.

Jessica is a person who friends and family can always count on. She has always looked after her parents, siblings, niece and nephews. She helped out her parents by maintaining their home and ensuring they did not lack the daily essentials. For over twenty years she has helped her sister, who is a single mother, raise her five sons. She has especially taken her eleven-year old nephew, who sure from chronic health problems, into her care. Anytime her nephews needed clothes, shoes, or school supplies Jessica would find a home or office to clean in an effort to help her sister with some of the expenses. She also demonstrated support for her nephews by attending their extracurricular activities and rewarded them for earning good grades. Knowing of the difficult home life her niece and nephews dealt with, she set aside time to spend quality time with them in an effort to create happy moments.

In the same manner she also looked after, encouraged, and supported her son Jonathan. Jessica is a devoted nurturing, and loving mother. Her son's health and education was always

1

a priority. Jessica made the effort to attend every open house and parent teacher conference for her son. She has always ensured that he had what he needed. Although she too is a single mother, Jessica avoided seeking out government assistance to support her son. She always sought ways to provide for him, such as cleaning homes, cooking meals, putting up yard sales, or preparing and selling detox waters in order to generate income. Jessica now has an infant son, Isaiah, and although she cannot physically be with him, she tries to do all she can for him. I have visited the family home when her calls have came in. She always asks how her teenage and infant son are doing. She will also request the phone to be held to the baby's ear. She calls them on a daily basis and although the baby cannot speak, it is evident that the baby is filled with joy when he hears his mothers voice over the phone. Jonathan and especially Isaiah need their mother. In speaking with Jessica's mother I know that her parents take Jessica's children to her weekly. I know that her children are her source of strength.

Aside from her caring actions towards friends and family, I have witnessed her being just as caring and generous with others who she does not share as strong of a bond. In hearing of the sudden and tragic passing of a neighbor's father, Jessica quickly sold some of her personal belongings in an effort to help the family raise money. She also sought donations and prepared food for the viewing and the funeral. When Jessica would hear of others she knew struggling with health problems, she would research to try and find out ways in which to help them. Jessica loves to spread love and healing through the kitchen. In the last several years, Jessica's passion in helping others has extended outside of her family and social circle. She has searched for and collected clothes and household items for needy families. For years Jessica has graciously fed the homeless and helped others in the community who were in need. She made it her personal goal to prepare and deliver hygiene supplies and meals for the homeless as frequently as possible. Better still, she involved her young nephews in the preparation of the meals and took them to help distribute the food, always highlighting the joy in giving rather than receiving and always being grateful for what they have. I observed that doing these kind and generous deeds brought Jessica a lot of joy. When she delivered meals to the homeless, she treated them with compassion and respect. In conversations we had about the homeless, it is evident that Jessica is sympathetic to their plight.

Jessica does not like to see anyone upset or struggling. She finds joy in making others happy. Unfortunately, Jessica has made some wrong choices but I wish for these bad choices to not dwarf all the good she's done and will continue to do for others. She is a person who holds many virtues that even those of us who have made better choices in life lack. She is intelligent, resourceful, generous, selfless, empathetic, authentic, caring, patient, reliable, and kind. I am certain, if given the opportunity to correct her wrong doing, she will not fail.

Your Honor, I ask for leniency in the sentencing of Jessica Frausto. She knows she has done wrong and is remorseful for what she did. She complied with the demands that were made when she was on electronic monitoring. Her incarceration has and continues to affect her family, especially her elderly parents, sons, and young nephew. In addition, I am certain that Jessica has been deeply mentally and emotionally affected in knowing the damage she has caused and knowing that she is unable to look after her family. I ask that you please consider the above mentioned. Please contact me should you have any questions. Thank you for your time.

Respectfully,

*Teresa S. Garcia*

Teresa S. Garcia

2



**Corina Acosta**

1531 E O St

Wilmington CA, 90744

(657)456-5048

January 19, 2018

Dear Honorable Judge Dale S. Fisher,

I Corina Acosta have been friends with Jessica Frausto since middle school, at the young age of 13 years old. For 25 years we have built and shared many fond memories from school age teens to becoming woman and mothers. I believe I am in a great position to speak on Jessica Fraustos moral character, so I hope you take this letter into account when making your decision.

My experiences with Jessica Frausto are none other than the most positive and pleasant. Throughout the years she has proved herself to be a stand up character, very responsible and reliable to those that know and love her. Not only is she a great friend, she has a huge heart. I've had many ups and downs throughout the years and she was always the first person at my side. When I fell ill she was there with soup. After learning I was pregnant and suffered severe morning sickness, it was her that came to check on my other children. She not only cooked meals for us, but she cleaned my house as well. These things were were so meaningful to me because I was at my worst, and before my very own mother and sisters she was there.

Jessica frausto is a single mother of a son named Johnny. She is a great mother and does her best at raising him. Not only is she raising him to be a man, but she is raising him to be a productive member of society. Johnny is a very responsible and respectful young man. He is kind and generous to his cousins and friends. If he had only a daughter it was yours, much like his mother. Jessica is a proud mother with plenty to be proud of. She drops him off at school and picks him up daily, so she can maintain his safe arrival and departure. Johnny is a very studious high school student as well as an athlete, and jessica is always there to support him in the stands cheering him on. Johnny needs his mother now more than ever to guide and help him through these next years until graduation. She needs to be front and center as he crosses that stage and receives his diploma.

Although she is the little sister, Jessica Frausto is the rock in her family. She helps her parents a great deal. Both parents are retired, as she does most of the cooking and cleaning at home, as well as running errands and grocery shopping. Her siblings and nephews all rely on her for moral support. She's very active and great with kids. Her nephews always want to be with her

*i*

because of her spirit is strong. She's funny, silly, and a great presence to be around. She'll be the first to load up the van and take all the kids to the park to play tennis. Jessica is amazing at tennis, she can outplay all of the children. Her energy is is an energy most people gravitate to, all kids love her, including mine.

With little to give, she manages to give her all. My friend Jessica collects donations and makes meals to feed the homeless. She gathers her son, nephews, and all who are willing and goes to feed the homeless in our neighborhood. My children love to tag along on her adventures, they call her "Little Miss Jessica." I could not imagine life without Jessica Frausto, I would consider her to be a great asset to all that know and love her.

I know it must be difficult to make a decision like this without actually knowing the person standing in front of you, so I hope you will look at my letter and the countless others you will be receiving, and know that Jessica Frausto is the kind person whom people rally. That has to say something, so please let this be a factor in your decision.

Sincerely yours,

Corina Acosta

2.



Dear Honorable Judge Dale S. Fischer,

  It is a genuine pleasure and honor for me to provide a character reference on behalf of Ms. Jessica Fausto, whom I have known for 30 years. I am writing this letter in hopes that it will help you perceive who Jessica is as a person, notwithstanding the indiscretions that has led us all to this point.

  Throughout the years of our adolescence and into adulthood, Jessica has impacted the lives of many including myself as a friend, samaritan, and now recently, a second time mother. She is adored and has always been recognized as a greathearted individual who wants nothing more than to see those around her happy.

  For many years Jessica has been known to help those in need around her community. Whether, it is helping them be clothed or fed, she would try her hardest to make a difference in their lives by the simplest of tasks. As a friend she has helped me through hardships and has influenced me to have a helping hand as well.

  Those who play the biggest role in Jessica's life are her children. Now that she recently gave birth to her second child it is important that she shares those values onto them. Her eldest would be graduating high school within the next year and her youngest will be experiencing the first years of his life without the love of his mother by his side. As a mother myself, my children push me to be the best person I can be, therefore I know Jessica can learn from her mistakes to be the best version of herself for her children. Also with the help of her friends and family we can assure to guide her onto the right path.

  In summary, it is in my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current transgressions, I can say with total confidence that Jessica Fausto is still a righteous individual with honorable morals, a valuable member of the community, and overall good human being.

Sincerely yours,

Janette Espinoza
1133 N Watson Ave Wilmington, CA 90744
(424) 288-0994

⑦

January 12, 2018

Dear Honorable Judge Dale S. Fischer,

My name is Nancy Anaya, and I am one of the Board members of the Wilmington Neighborhood Council.

I am writing to you concerning Jessica Frausto whom I have known for about 20 years by living in the same community of Wilmington. The time that I have known Jessica, she has had a positive image with friends, family, and community members and I have nothing bad to say about her. To me Jessica is a very compassionate, pleasant, and funny person with strong leadership skills.

I always see Jessica doing so much for her family and people in the community that I find it hard to believe that she has committed a crime . She is a great mother and Aunt that spends a lot of time with her son and nephews by taking them places, cooking for them, and playing tennis with them. It seems that they look up to her as well as her other family members and friends.

Jessica has helped out many people in our community when they need something, including myself when I needed a ride to pick up my car from being serviced. Without hesitation, she agreed to help me out and I am very grateful to her for that.

Jessica is also part of the community activities and contributes to charity and social events. She is also very active in helping the homeless community by providing clothes, shoes, and food to them on an ongoing basis to ensure they don't feel left out. This past Christmas I had the honor to work with Jessica on an event to feed the homeless and provide them with toiletries, clothes, shoes, etc. I can honestly say that it really takes a person with a big heart and personality to be willing to give to others!

I believe Jessica made a mistake and the transgression of her crime should not be the only factor you look at in this case. But I also understand that you as the judge must do your job. I hope you will also consider Jessica's efforts in her community service as well as her strong commitment to her family.

I will further add that Wilmington is a small predominantly Hispanic community where there are not that many resources. As a Neighborhood Council member I fight to bring those resources to my community and help those people like Jessica become better members of our society.

Please take consideration in her sentencing, because I honestly feel that in the world we live in now, it will give her a greater impact by serving a lighter sentence, doing probation, and community service while helping her community and those in need.

Respectfully yours,

*Nancy Y. Anaya*

Nancy Anaya

July 2, 2019

Dear Honorable Judge Dale S Fischer,

    I am writing this letter on behalf of my dear friend Jessica Frausto. My name is Alma Zamora, RN and I have known Jessica for over 25 years. Jessica and I first met her in middle school and we have been very close ever since as she has been a big part in me reaching all my milestones and my children's life. I have known all of her family for that time and was instantly welcomed by them. She comes from a great and beautiful loving family. All of the woman in her family are strong, smart, intelligent and hard working woman.

    Just as the old saying, "behind every strong woman, is an even stronger woman", that's what Jessica is to me. I have been a Registered Nurse for 15 years now and my friend Jessica helped me every step of the way through Nursing school and my Bachelors program. I am the Charge RN for two surgical units. Jessica has been my rock these last 3 years through my separation and divorce process. Jessica has been there for me in those difficult dark days as it isn't easy loosing your husband of 16 years. Even all the psychology, philosophy, sociology courses and patient care experience couldn't prepare me for the devastation that was about to unfold in my life. I couldn't really manage my career and personal life anymore because I didn't know how to cope with my loss. Jessica was that shoulder I needed to cry on and that listening ear I needed. She motivated me to find the strength to deal with loss and focus on my children.

    Being a single working mom, I have to work long hours at the hospital and have an unpredictable time to get out of work if I find myself in an emergency situation.

Jessica has done everything from picking up my kids from school and babysitting them. I completely trust her with the care and supervision of my children. She has helped me so much with my boys Sal and Jacob. Doing anything from taking them to school in order for me to attend nursing school or study for a big exam. Every time my Jacob and Sal come back from Jessica's they would be happy because of the many things they did with Jessica. It was never anything big or lavish, instead it was the little things she did with them that they loved. For instance; playing tennis, making snow cones, making donuts, riding bikes at the park and making sandwiches to feed the homeless.

I admire Jessica's patience and kind and caring heart. Being the mother of 2 boys, I come to Jessica for advice since she has done such a great job of raising Jonathan. Jessica is such a great mother and has raised a fine young well-mannered and a caring boy with a big heart. I know that this whole situation is hard for everyone especially Jonathan as his mother is his world. Not only is Jessica his number one supporter and attends all his basketball games but she keeps everyone posted by sending videos and pictures of the game highlights. I've noticed Jonathan isn't the same without his mom. I see it his eyes and in his mood. He is still a nice and sweet boy but you can see the pain and hurt in his eyes.

Jessica was also a big supporter of my daughter Marilyn and her successful Softball career. Marilyn played travel ball for 6 years and Varsity for 4 years at Banning High School. Once again, Jessica would either attend her games or help me by giving her ride to her practices or a games. And of course she attended all her championship games. Always making sure my kids were safe and taken care of. Most importantly she

always made them feel especial. Jessica has that about her. She makes everyone feel especial in their own way.

Judge Fischer, I really don't know where Jessica finds the time and energy to spend so much time and effort helping others. I started going to a Chiropractor by my house for my back problems. I have bumped into her at least 5 different times taking in different people from around the neighborhood into the Chiropractor. Jessica literally takes time out of her day to help others. In August, I had a big last minute 18th Birthday Bash for my daughter Marilyn. I would have been lost without Jessica. That was the day I injured my back from bad ergonomics and improper lifting. I had no help and there I was crying at home because my daughters party was starting in 2 hours. The only person I knew would drop everything and come to my aid would be Jessica. Sure enough, she made calls and drove from vendor to vendor to make all the pick-ups, decorated the hall, set up the food and drinks, finished the centerpieces and helped serve dinner as we made our own Pozole. Jessica topped off the night with a surprise Jug of Marilyn's favorite Green Lemonade for the party. Just writing about this brings me to tears. Happy that I have such a dear friend that I consider like a sister but saddened and shocked at her circumstance.

Jessica is always doing little helpful things for her family, friends, and neighbors. She was particularly a big asset and supporter of her nephew Ricky getting accepted and attending UCLA. Jessica would either give him rides to and from campus so that Ricky could visit family and friends. Would give her last dime to Ricky if she had to. She always made sure Ricky and his brother, her nephews where taken care of. She treats all her nieces and nephews like her own. She is such a great aunty and mother.

I know my dear friend Jessica is experiencing the most difficult and challenging time in her life. As a mother I can only imagine what she has gone through being pregnant while being incarcerated. It must have been the most difficult moment in her life to give up her newborn. I know she is missing out on all of Isaiah little milestones. Although he is good hands with her parents, there is nothing like being able to raise your own child and watch them grow up. Now that Isaiah is home, Jonathan has really stepped it up as a big brother. He helps his grandparents care for him. I think Jonathan feels connected to his mom when ever he's with Isaiah.

Thank you Judge Fischer for taking the time out your busy schedule to read my letter. There are so many experiences and stories I can tell you about Jessica but that would take a whole series of books to show how smart, caring, loving, honest and responsible person. I just wanted to express how much Jessica means to me and to so many people in our community. I know that me, Jonathan, Isaiah, my family and our closest friends are experiencing a great loss.

Sincerely,

Alma Zamora, RN, BSN, PHN

310-946-4115

⑨

July 2, 2019

Melissa Hernandez

303 Walnut Ave.

Long Beach, CA. 90802


Judge Dale S. Fisher

350 W. 1st Street Courtroom D

Los Angeles, CA 90012


Dear Honorable Judge Dale S. Fisher,

    The purpose of this letter is to speak on behalf of the good character of Jessica Frausto. I have known Jessica since 2002 through a mutual friend and since then we have become more like sisters. She has always been kind, generous and a very good, loyal friend. I look up to her as she has shown great strength and courage throughout the years. She is a single mother to Jonathan (17) and to Isaiah (2 months), to which she gave birth to while in custody. She has always been a very good mother and always put her son first. She is the most big hearted, caring person I know. She deserves to be with her children. Jonathan which will be graduating next year, is a very good, hard working student and young man, which she raised by herself. He should have his mother at his high school graduation. Isaiah is a newborn baby and he needs his mother as well.

    Jessica has never shown any traits of being a danger to society. In contrast, she has contributed her time and energy to the community, by giving food, clothes, water to the homeless in her free time. She always participated in any fundraiser that was going to help any mother or child in need. During the holidays, I have seen her make gift baskets and donate whole turkeys to single mothers and families that don't have much. I always would give her my old clothes because I knew she knew a young girl that could use it. I know that she is very remorseful for her actions and would give anything to be home with her family, where she belongs. She is not a violent person, she takes care of her family, including her parents. I know that if she is given the chance to be at home, that she would stay on the right path, not only for herself, but for Jonathan and her newborn son, Isaiah. She plays a big role in her nephews' lives as well. Ricky, Isaac, Matthew, Erik, Raymond, Jayden and her neice Leah. This has left a

1.

big void in all their lives and in mine as well. As, I said before, she is like a sister to me, her family is like a second family to me as well.

     I understand the seriousness of these charges. Jessica's children, family and friends would benefit from her being free, as well as her community. I am asking you, Judge Fisher, to please find it in your heart to please be lenient with her sentence and think about her children, who need her the most. Please think about this newborn baby that needs to be with his mother at this very vulnerable time of his life.

Thank you for time.

Sincerely,

Melissa Hernandez

(310) 525-0593

2.



July 8, 2019

Dear Judge Fisher,

    I am truly sorry for my wrongdoing. Being in prison and serving time behind bars has really taught me about myself, of course it was not ideal to have a baby during this time, but it helped me build my character. The emotional burden I endured leading up to my sentencing date of Oct 29, 2018, along with the knowledge that I will be leaving my son Jonathan, took a toll on my better judgement. What I went through and what im going through now, has given my perspective in a way nothing else really could have been done. that can only come through reflection. Since the day I got here, I was happy to continue my bible study with Jehovah's Witnesses Being consistently involved in the ministry gives me comfort and hope. Especially being pregnant in prison something I was not expecting. This pregnancy has been really difficult for me, Knowing that I had to plan for my newborn, and son to be taken care of by someone other than myself. This entire experience of having to get up at 5am for hospital check-ups, all day in a cell with one sack lunch and nothing to drink, waiting to be taken to hospital, in uncomfortable clothing, hand-cuffed while being pregnant is embarrassing and made me feel ashamed. As I was getting ready to give birth at hospital being in a room with two marshalls by my sides, and at times two male officers was awkward. I had an emergency c-section due to emergency. The babys heartbeat was dropping and was losing oxygen The Drs. recommended I get a blood transfusion due to hemorrhaging but I refused due

2

my religion beliefs. Since I was alone, the Drs, Nurses and Anesthesiologist kept persisting I get one, even though I told them no. They kept telling me I would die if I didn't get one. Having my baby with me the whole time was the happiest I've ever been since arriving here. Enjoying every second I had with him. Just held him the entire time and I was able to breastfeed him. But deep down inside I was dying on the inside knowing this feeling was temporary and that my child would be taken away from me in a couple of days. Saying goodbye to Isaiah was the hardest day in my life. Knowing that the instant bond we had those four days together would be over soon. Not having my kids by my side is a miserable way of living. I miss my kids so much, it hurts. ~~[scratched out]~~ Being incarcerated has taught me that All I want in my life, is to be with my kids and family. Arriving back to MDC from giving birth, away from my newborn made me feel worthless. I experienced the most excruciating pain without no medication for 2 straight days, not receiving proper care was horrible. My life has changed in so many ways; appreciating that I have my parents to help me care for my two kids. I'm grateful that even though they are older and are sick they can still be there for them. ~~Reading the bible has taught me to benefit myself~~ I'm also taking parenting classes as of June 2019. It's a twelve week class that will also keep me busy in here. ~~Be cause of parent~~ I have alot of ~~[scratched out]~~ changes to make in my life. Prayer has helped me maintain innerpeace. Even though I

2.

do feel depressed and lonely without my kids. when doing bible study I feel more emotionally stable and happy. And it constantly reminds me of the hope I have for the future.

Sincerely,
Jessica Frausto

3