# LOS ANGELES POLICE DEPARTMENT



FROM: M. FRAUSTO
RECEIVED
12/11/2018



**CHARLIE BECK**
Chief of Police

P. O. Box 30158
Los Angeles, Calif. 90030
Telephone: (213) 486-8300
FAX: (213) 486-8330
TDD: (877) 275-5273
Ref #: 10.4

**ERIC GARCETTI**
Mayor

Date: AUDIT MAY 2 8 2018  92`15

DR No. _10-05-01537_

Dear Requestor:

The Records and Identification Division is in receipt of your request for both report and photographs under the aforementioned DR Number. Effective July 1, 2017, with the approval of the Los Angeles City Council, the Los Angeles Police Commission has directed that a fee of $30.00 be charged for each report and a fee of $5.00 for each photo request. Your copy of the report is enclosed.

Please resubmit a request with a check or money order in the amount of $5.00 for the photos requested, payable to the Los Angeles Police Department at the address below:

Los Angeles Police Department
Records and Identification Division
P.O. Box 30158
Los Angeles, CA 90030

If you have any questions, please contact the Retrieval and Dissemination Unit supervisor at (213) 486-8300.

Very truly yours,

CHARLIE BECK
Chief of Police

TERRY L. CARTER, Police Administrator
Commanding Officer
Records and Identification Division

Enclosure

02/2015-09A

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER
www.LAPDOnline.org
www.joinLAPD.com

# Request for Confidentiality of Information
## CONTROLLED DOCUMENT

| DATE | TYPE OF CRIME: | DR NO: |
|---|---|---|
| 5-23-10 | CRIME / ARREST | 1005-01537 |

Law enforcement authorities are required by law to release certain information on crime reports upon request, as a matter of public record. If someone asks for information on this crime report, your name will be released with the information unless you request that your name be kept confidential pursuant to Section 6254 of the Government Code. Sex offenses as defined in Section 6254 of the Government Code include Penal Code Sections 220, 261, 261.5, 262, 264, 264.1, 273a, 273d, 273.5, 286, 288, 288a, 289, 422.6, 422.7, 422.75, and 646.9.

By initialing the appropriate statement below and signing this form, you are informing law enforcement agencies and the courts of your choice for confidentiality.

**JF** (vict. initials) — I hereby exercise my right to confidentiality and request that my name **not** become a matter of public record pursuant to Section 6254 of the Government Code.

_____ (vict. initials) — I hereby decline to keep my name confidential.

_____ (vict. initials) — The victim is a minor without a parent or guardian present. The below-signed authorized agent hereby exercises the right of privacy for the minor and requests that the victim's name **not** become a matter of public record pursuant to Section 6254 of the Government Code (*This authorization should be obtained through the Area Major Assault Crimes coordinator*).

I, **MAKARI** (officer advising), advised victim (named below), that his/her name will become a matter of public record unless he/she requests that it be kept confidential.

### VICTIM

| LAST NAME, FIRST, MIDDLE | SEX | DESCENT | AGE | DOB |
|---|---|---|---|---|
| FRAUSTO, JESSICA | F | HISPANIC | 30 | 2-18-80 |

| ADDRESS R- | ZIP CODE | PHONE | EXT |
|---|---|---|---|
| 1613 WILMINGTON BLVD | 90744 | 310-418-1369 | — |

| ADDRESS B- | ZIP CODE | PHONE | EXT |
|---|---|---|---|
| — | — | — | — |

| DR. LIC. NO. (IF NONE, OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN (IF APPLICABLE) | OCCUPATION |
|---|---|---|
| B9608324 | — | — |

### OTHER

| LAST NAME, FIRST, MIDDLE | SEX | DESCENT | AGE | DOB |
|---|---|---|---|---|
| | | | | |

| ADDRESS R- | ZIP CODE | PHONE | EXT |
| ADDRESS B- | ZIP CODE | PHONE | EXT |

| DR. LIC. NO. (IF NONE, OTHER ID & NO.) | FOREIGN LANGUAGE SPOKEN (IF APPLICABLE) | OCCUPATION |

| LOCATION OF OCCURRENCE | SAME AS VICT'S | ☒ RES. ☐ BUS. | R.D. 514 |
|---|---|---|---|

SIGNATURE OF VICTIM: X Jessica Frausto

| REPORTING EMPLOYEE(S) | INITIALS, LAST NAME | SERIAL NO. | DIV./DETAIL | SUPERVISOR |
|---|---|---|---|---|
| | J. MAKARI | 39560 | HARB 5XL3 | [signature] |

☐ "Taking Action" booklet provided.   ☐ Hate Crime Resource Pamphlet provided.
☐ Rape Victim Counseling Center notified (264.2 PC) with consent of victim.
☐ Victim informed of right to have a victim's advocate and/or support person of his/her choosing.
   Victim's Response:

☐ Victim informed of right to be interviewed by an officer of the same gender.
   Victim's Response:

☒ Domestic Violence/Victim Information and Notification Everyday (DVV) Pamphlet, Form 15.42.01, provided.

Date/Time victim advised: 5-23-10 2325   Officer making notifications: MAKARI   Serial No.: 39560

03.02.00 (01/10)

# ARREST REPORT

| Field | Value |
|---|---|
| BOOKING NO. | 4205 |
| ARRESTEE'S LAST NAME | TOMLINSON |
| FIRST | WALTER |
| ADDRESS | 1613 N. WILMINGTON BLVD |
| CITY | WILMINGTON |
| STATE | CA |
| SEX | M |
| DESCENT | H |
| HAIR | BLK |
| EYES | BRO |
| HEIGHT | 508 |
| WEIGHT | 180 |
| AGE | 39 |
| AKA | 0514 |
| BIRTHPLACE | LA |
| PROB. INV. UNIT | 05 |
| AD.CHG | N |
| DIVISION | 4205 |
| DETAIL | X |
| DATE ARRESTED | 052310 |
| TIME ARR. | 2230 |
| TIME BKD. | 2328 |
| LOCATION OF ARREST | 1613 WILMINGTON BL |
| BAIL | 50000 |
| TOTAL BAIL | 50000 |
| CHARGE & CODE | F 273.5(A)PC |
| DEFINITION | DOMESTIC BATTERY |
| DR | 1005 01537 |
| VICTIM'S NAME | F. JESSICA |

**ADMONITION OF RIGHTS (WHEN APPLICABLE)**
THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

NOT ADMONISHED

LOCATION CRIME COMMITTED: SAME
RESIDENCE PHONE NO.: SAME

CLOTHING WORN: WHT SHRT, BLU JNS, WHT SHOES
EXACT LOCATION/DISPOSITION OF SUSP VEHICLE: PED

**INVOLVED PERSONS**
| Code | Name | V&WS | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY |
|---|---|---|---|---|---|---|---|---|---|---|
| V | F., JESSICA | | | | | CONFIDENTIAL | | | | |

**COMBINED CRIME REPORT**
TYPE OFFENSE: SPOUSAL ABUSE
DATE AND TIME CRIME OCCURRED: 5-23-10
TYPE PREMISES: APARTMENT
WEAPON/FORCE/INSTRUMENT USED: BODILY FORCE

**MO (UNIQUE ACTIONS):** VICT AND SUSP DATING 4 YRS, LIVE TOGETHER FOR LAST YEAR. SUSP PUNCHED VICT NUMEROUS TIMES WITH CLOSED FISTS RESULTING IN BROKEN NOSE AND BRUISES.

☒ DOMESTIC VIOLENCE
☒ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

3 1 3 JUN 10 2010

**APPROVAL / REPORTING OFFICERS**
DATE & TIME REPRODUCED: 05/24/10 0529.05
REPORTING OFFICER(S): MAKARI, J
SERIAL NO.: 39560
DIV. & DETAIL: HARB SU3
VACATION: OCT

RAP SHEET ATTACHED: ☒ YES

ARREST REPORT
INC # 10052300 3763

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. 2/5 | TYPE OF REPORT CRIME AND ARREST | BOOKING NO. ~~[redacted]~~ | DR NO. 10-05◦◦◦◦ |
|---|---|---|---|

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

## SOURCE OF ACTIVITY

On 05/23/10 at approximately 2010 hours, I, Officer Makari, #39560 was working Harbor Patrol, assigned 5XL3 W3. I was driving a marked black and white police vehicle and in full police uniform. I received a radio call of a Domestic Violence investigation at 4101 Torrance Blvd Little Company of Mary Hospital. Inc 100523003763.

## INVESTIGATION

*The victim and suspect have been dating for 4 years and have lived together for the last year.*

Upon my arrival I met with the victim (F., Jessica). Jessica stated that on 5/22/10 at approximately 1900 hours her and the deft. (Walter Jaminson) arrived at their apartment at 1613 Wilmington Blvd. They had just come back from a friend's house that was having a party. Walter had drunk approximately 2 shots of Patron at the party. As soon as they entered, Jessica went into the restroom. While in the restroom, Jessica heard her cell phone ringing. Jessica left the restroom to retrieve her cell phone but was stopped by Jaminson. Jaminson was standing in front of the restroom door holding Jessica's cell phone. Jaminson asked, "What the fuck is this?", while holding the cell phone. Jaminson then started punching Jessica in the face with clenched fists. Jessica was knocked down to the ground and Jaminson continued punching her in the face, arms, and legs. Jessica attempted to defend herself by holding her arms out in front of her. At one point during the incident she believes she blacked out and lost consciousness. Jessica was finally able to break free from Jaminson and she ran outside and asked an unknown party to give her a ride to her mother's house.

Sgt. Jones # 24795, along with Ofcr Parker # 37654 and Ofcr Wilson # 39167 conducted a follow up to 1613 Wilmington Blvd. Officers knocked on the door and observed the suspect in the apartment sitting on a chair. Officers asked if he was Jaminson, to which he replied, "Yes". Officers asked the suspect to walk to the door. The suspect walked to the door and opened it and was taken into custody without incident.

I transported the victim to LAPD Parker Center where Botero #N3135 of SID Photos took photographs of the victim's injuries.

An Emergency Protective Order was issued by Judicial Officer McTaggart, case # T102271.

Los Angeles Police Department

## CONTINUATION SHEET

| PAGE NO. 3/5 | TYPE OF REPORT CRIME AND ARREST | BOOKING NO. | DR NO. 10-05a 537 |
|---|---|---|---|

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

### INJURIES / MEDICAL TREATMENT

The victim received multiple bruises to the left and right side of her face and 1 inch laceration on her nose. Her nose was also broken during the incident. The victim also received bruises on her arms, legs, and lower back/tailbone area. She was treated at Little Company of Mary Hospital Torrance. She was seen and treated by Dr. Vournas, patient # Q001095252.

# DOMESTIC VIOLENCE SUPPLEMENTAL REPORT

| VICTIM'S NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | BKG # | DR # |
|---|---|---|---|
| F., Jessica | CONFIDENTIAL | | 1005 0537 |

## OBSERVATION

| VICTIM | SUSPECT | CRIME SCENE |
|---|---|---|
| ☐ ANGRY | ☐ ANGRY | ☐ PHONE DISABLED |
| ☐ APOLOGETIC | ☐ APOLOGETIC | ☐ FORCED ENTRY |
| ☐ CRYING | ☐ CRYING | ☐ BROKEN WINDOW(S) |
| ☑ FEARFUL | ☐ FEARFUL | ☐ BROKEN DOOR(S) |
| ☐ HYSTERICAL | ☐ HYSTERICAL | ☐ LOCATION RANSACKED |
| ☐ CALM | ☐ CALM | ☐ LOCATION VANDALIZED |
| ☐ AFRAID | ☐ AFRAID | ☐ FURNITURE IN DISARRAY |
| ☐ IRRATIONAL | ☐ IRRATIONAL | ☐ VEHICLE DAMAGE |
| ☐ NERVOUS | ☐ NERVOUS | ☐ PERSONAL PROPERTY DAMAGE |
| ☐ THREATENING | ☐ THREATENING | ☐ OTHER: EXPLAIN |
| ☑ COMP OF PAIN | ☐ COMP OF PAIN | |
| ☑ BRUISE(S) | ☐ BRUISE(S) | |
| ☐ ABRASION(S) | ☐ ABRASION(S) | |
| ☐ MINOR CUT(S) | ☐ MINOR CUT(S) | |
| ☑ LACERATION(S) | ☐ LACERATION(S) | |
| ☑ FRACTURE(S) | ☐ FRACTURE(S) | |
| ☐ CONCUSSION(S) | ☐ CONCUSSION(S) | |
| ☐ INFLUENCE OF ALCOHOL | ☐ INFLUENCE OF ALCOHOL | |
| ☐ INFLUENCE OF DRUGS | ☐ INFLUENCE OF DRUGS | |
| ☐ OTHER: EXPLAIN | ☐ OTHER: EXPLAIN | |
| Explain opposites in the narrative. | Explain opposites in the narrative. | |

## HISTORY

**RELATIONSHIP BETWEEN VICTIM AND SUSPECT**
Check all that apply

- ☐ SPOUSE
- ☐ FORMER SPOUSE
- ☑ COHABITANTS
- ☐ FORMER COHABITANTS
- ☑ DATING / ENGAGED
- ☐ FORMER DATING / ENGAGEMENT
- ☐ SAME GENDER
- ☐ EMANCIPATED MINOR  VICT ☐  SUSP ☐
- ☐ PARENT OF CHILD FROM RELATIONSHIP

LENGTH OF RELATIONSHIP: 4 YEAR(S) ___ MONTH(S)
IF APPLICABLE, DATE RELATIONSHIP ENDED: ___

PRIOR HISTORY OF DOMESTIC VIOLENCE? ☐ Yes ☑ No
PRIOR HISTORY OF VIOLENCE DOCUMENTED? ☐ Yes ☑ No
TOTAL NUMBER OF PRIOR INCIDENTS: ___
DR NUMBER(S): ___
INVESTIGATING AGENCY: ___

**RESTRAINING ORDERS:** ☑ Yes  ☐ No
**TYPE:** ☑ Emergency  ☐ Temporary  ☐ Permanent  ☐ Current  ☐ Expired
**ISSUING COURT:** Judicial Officer McTaggart
**ORDER OR DOCKET NUMBER:** T102271
**VICTIM WILL BE AT A TEMPORARY ADDRESS?** ☑ Yes  ☐ No

## M.T.

| VICT | SUSP | |
|---|---|---|
| ☐ | ☐ | NONE |
| ☐ | ☐ | WILL SEEK OWN DOCTOR |
| ☐ | ☐ | FIRST AID |
| ☐ | ☐ | PARAMEDICS |
| ☑ | ☐ | HOSPITAL |
| ☐ | ☑ | REFUSED MEDICAL AID |
| ☐ | ☐ | PREGNANT |

PARAMEDICS AT SCENE: ☐ Yes  ☑ No
UNIT NUMBER: ___
NAME(S) ID #: ___

HOSPITAL: Little Company of Mary Torr.
ATTENDING PHYSICIAN(S): Dr. Vournas
PATIENT #: Q001095252

**VICTIM GIVEN:** ☑ DV PAMPHLET, FORM 15.42.01   ☐ AREA DOMESTIC VIOLENCE UNIT PHONE NUMBER

| REPORTING OFFICER | SERIAL NUMBER | DIV/DETAIL |
|---|---|---|
| Makari | 39560 | Harb 5XL3 |
| REPORTING OFFICER | SERIAL NUMBER | DIV/DETAIL |
| | | |
| SUPERVISOR APPROVING | SERIAL NUMBER | |
| | 23197 | |

DR # 100509537    Page 5 of 5

| WITNESSES | | | |
|---|---|---|---|
| WITNESSES PRESENT DURING DOMESTIC VIOLENCE? | ☐ Yes | ☑ No | |
| STATEMENT(S) TAKEN? | ☐ Yes | ☑ No | |
| CHILDREN PRESENT DURING DOMESTIC VIOLENCE? | ☐ Yes | ☑ No | |
| List names, ages and DOB of all children present on PIR or Arrest Report in the narrative of the report. | | | |
| STATEMENT(S) TAKEN? | ☐ Yes | ☑ No (include in narrative) | |
| Describe witness/children emotional state in narrative of report. | | | |

**EVIDENCE COLLECTED:** Check all that apply
FROM: ☐ Crime Scene  ☐ Hospital  ☐ Other: Explain
PHOTOS: ☑ Yes  ☐ No   Total Number of Photos 4+
TYPE: ☐ 35 MM  ☐ Polaroid  ☑ Digital Image
Photos of victim's injuries: ☑ Yes  ☐ No
Photo's of suspect's injuries: ☑ Yes  ☐ No
TAKEN BY: Name Makari    Serial No. 39560

**WEAPONS:** Check all that apply
Weapon used during incident: ☐ Yes  ☑ No
Weapon(s) booked: ☐ Yes  ☑ No
Firearm(s) booked for safety: ☐ Yes  ☑ No
Type of weapon(s): _____

Use these diagrams to mark any injuries or physical oddities observed. Explain all injuries, including "complained of" injuries, in the narrative portion of the report. (Diagrams are not gender specific.)

**(VICTIM)/SUSPECT** — BRUISING, BROKEN NOSE
HT. 500   WT. 110

**VICTIM/(SUSPECT)** — SWELLING REDNESS (both hands)
HT. 508   WT. 180

**TO ALL HEALTH CARE PROVIDERS:**
Having been advised of my right to refuse, I hereby consent to the release of my medical records to law enforcement, the District Attorney's Office, and/or the City Attorney's Office.

Victim's Signature: OFER       Date: 05/24/2010