1 WALTER R. URBAN ESQ, (SBN: 63059)
LAW OFFICES OF WALTER R. URBAN
2 2609 NORTH SEPULVEDA BLVD.
MANHATTAN BEACH, CA 90266
3 TELEPHONE (310) 546-4899
FACSIMILE (310) 545-7078
4 E-MAIL: walter@walterurbanlaw.com

5 ATTORNEY FOR DEFENDANT:
JESSICA FRAUSTO
6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE No.: 2:15-CR-00688-25-DSF |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| Vs. | |
| JESSICA FRAUSTO, | |
| Defendant. | |

I, Walter R. Urban, declare:

1. My business address is 2609 N. Sepulveda Blvd., Manhattan Beach CA 90266.

2. I am the attorney of record for Defendant JESSICA FRAUSTO.

3. On July 8, 2019 I electronically transmitted the documents entitled:

//

//

//

//

CERTIFICATE OF SERVICE    1

**DEFENDANT'S POSITION REGARDING SENTENCING; LETTERS;**

To the Clerk of the Court for the United States District Court, Central District of California, Western Division

Using the ECF (Electronic Case Filing) system for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this case.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 8, 2019, at Manhattan Beach, California.

Date:  July 8, 2019                              /s/  *Walter R. Urban*
                                                 Walter R. Urban